UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
	Plaintiff

	v.
					Case No. 10-cr-93-01-SM

Sean Brown,
	Defendant

O R D E R

A final pretrial conference was held on October 29, 2012. Present were Assistant United States Attorneys Jennifer Davis and Seth Aframe, on behalf of the government; Sean Brown, representing himself pro se, and Liam Scully, Esq., appearing as standby counsel on behalf of the defendant.

Defendant Brown made an oral motion to continue the trial for 90 days, which was granted in part by the Court. A further pretrial conference will be held on December 3, 2012 at 2:00 p.m. The case is continued until January 8, 2013, when a jury will be selected. Evidence will commence on Tuesday, January 15, 2013. Defendant Brown shall file a waiver of speedy trial rights on or before November 13, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny

the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

SO ORDERED.

                                   _____
                                   Steven J. McAuliffe
                                   U.S. District Judge

November 1, 2012

cc:   Sean Brown, pro se
      Liam Scully, Esq.
      Jennifer Davis, AUSA
      Seth Aframe, AUSA
      U.S. Marshal
      U.S. Probation